IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ROBERT DELEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | )   Civil Action No. |
| Defendant. | )   5:04-CV-263-C |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on October 27, 2005. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby reversed and remanded to the Commissioner for further proceedings.

Dated December 2, 2005.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT